755 A.2d 1168

IN THE MATTER OF JACQUELINE JASSNER
POQUETTE, AN ATTORNEY AT LAW.

August 11, 2000.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11(a), recommending that **JACQUELINE JASSNER POQUETTE** of **DENVILLE**, who was admitted to the bar of this State in 1985, be immediately temporarily suspended from the practice of law;

And good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11(a), **JACQUELINE JASSNER POQUETTE** is temporarily suspended from the practice of law effective immediately and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **JACQUELINE JASS-NER POQUETTE** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this court; and it is further

ORDERED that **JACQUELINE JASSNER POQUETTE** be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20 dealing with suspended attorneys.